**LOYR, APC**
YOUNG W. RYU, ESQ. (SBN 266372)
young.ryu@loywr.com
ZACHARIAH E. MOURA, ESQ. (SBN 279508)
zach.moura@loywr.com
KEE S. MAH, ESQ. (SBN 345736)
kee.mah@loywr.com
HARLEY M. PHLEGER, ESQ. (SBN 351851)
harley.phleger@loywr.com
1055 West 7th Street, Suite 2290
Los Angeles, California 90017
Telephone: (213) 318-5323
Facsimile: (800) 576-1170

Attorneys for Plaintiff JAIME LOPEZ

**GIBSON, DUNN & CRUTCHER LLP**
MICHELE L. MARYOTT, SBN 191993
MMaryott@gibsondunn.com
KATIE M. MAGALLANES, SBN 300277
KMagallanes@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendant LOWE'S HOME CENTERS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME LOPEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC; a North Carolina Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-02991-JFW (MRWx)<br>Judge: Hon. John F. Walter<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>[L. R. 41(a)]<br><br>[Filed concurrently with [Proposed] Order of Dismissal]<br><br>Complaint Filed: March 21, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiff JAIME LOPEZ ("Plaintiff") and Defendant LOWE'S HOME CENTERS, LLC ("Defendant"), through their designated counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear his or its own fees and costs

Date: December 6, 2024

**LOYR, APC**

_____
Young W. Ryu
Zachariah E. Moura
Kee S. Mah
Harley M. Phleger
*Attorneys for Plaintiff*

and

Date: December  6, 2024

**GIBSON, DUNN & CRUTCHER LLP**

 /s/ Katie M. Magallanes
_____
Michele L. Maryott
Katie M. Magallanes
*Attorneys for Defendant*